## BEAL v ERIE RAILROAD CO

Ohio Appeals, 5th Dist, Richland Co

Decided Nov 20, 1935

H. M. Rust, Mansfield, and Lewis Brucker, Mansfield, for plaintiff in error.

Henkel & Gongwer, Mansfield, for defendant in error.

For full opinion see 5 OO 192; 51 Oh Ap 397.